UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――x
United States of America,

                        Plaintiff,

-against-

                                                        Case No. 7:17-mj-9568

Bryon Minter

                        Defendant.
―――――――――――――――――――――――x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                      SO ORDERED.

                                                      Hon. Martin R. Goldberg
                                                      United States Magistrate Judge

Dated: 1/26/2018 *Nunc Pro Tunc*
           Poughkeepsie, New York